**RCC**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1120**

In the Matter of                                              Case Number:

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

　　Plaintiff,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| Steven M. Malina |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Steven M. Malina |

| FIRM |
| --- |
| Morgan, Lewis & Bockius LLP |

| STREET ADDRESS |
| --- |
| 77 West Wacker Drive, 5th Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6196571 | (312) 324-1000 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |