FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH,<br><br>　　　　　Defendants. | Civil Action No.:<br><br>**08 C 1120**<br><br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE DENLOW** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

1-CH/208624.1

|  |  |
|---|---|
|  | MORGAN, LEWIS & BOCKIUS, LLP<br>Attorneys for Plaintiffs The Prudential<br>Insurance Company of America |
| Dated: February 22, 2008 | By:  s/ Steven M. Malina<br><br>Steven M. Malina, Esq.<br>Mitchell K. Rovner, Esq.<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60606<br>Tel: (312) 324.1000<br>Fax: (312) 324.1001 |

1-CH/208624.1