## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1120 | **DATE** | 2/28/2008 |
| **CASE TITLE** | The Prudential Insurance Company of America vs. Alvin Kiehl, et al. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed interpleader complaint, the Court enters a judgment directing Plaintiff to deposit the funds in the amount of $3,099,699.18 together with accrued interest, if any, with the Clerk of Court.  The Clerk of Court is directed to deposit said funds in an interest bearing account.  Plaintiff is directed to fully serve the complaint.  This case will be referred to Magistrate Judge Denlow to conduct a settlement conference once all the parties have appeared.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|