AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

CASE NUMBER: 1:08-cv-1120

V.

ASSIGNED JUDGE: Judge Castillo

ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH.

DESIGNATED
MAGISTRATE JUDGE: Judge Denlow

TO: (Name and address of Defendant)

Alvin Kiehl
7958 S. Garfield Ave., Apt. 107
Burr Ridge, IL 60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Malina, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 2 7 2008

DATE

# Affidavit of Process Server

_The Prudential Insurance Co. of America_ v. _Alvin Kiehl_    08 C 1120
PLAINTIFF/PETITIONER · DEFENDANT/RESPONDENT · CASE #

Being duly sworn, on my oath, I **Barry A Savage Sr** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Alvin Kiehl_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ _Summons + Interpleader Complaint_

by serving (NAME) **Alvin Kiehl**
at ☐ Home **7958 S Garfield Ave Burr Ridge IL**
  ☐ Business _____
  ☐ on (DATE) **3-4-08** at (TIME) **7:55 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ ( )_____ ( )_____
                                                  DATE TIME    DATE TIME
( )_____ ( )_____ ( )_____
 DATE TIME   DATE TIME   DATE TIME

**Description:**
☒ Male      ☒ White Skin    ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
            ☐ Brown Skin    ☒ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☒ Over 65 Yrs. ☒ Over 6'      ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this ___ day of **March** 20**08**

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2010

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.