AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

**CASE NUMBER:** 1:08-cv-1120

V.

**ASSIGNED JUDGE:** Judge Castillo

ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated
December 15, 1987, THOMAS WALLERICH as Successor Trustee of the
Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK
REGNERY, LYNN REGNERY and GRETCHEN WALLERICH.

**DESIGNATED
MAGISTRATE JUDGE:** Judge Denlow

TO: (Name and address of Defendant)

Fredrick Regnery
2390 Lakeshore Dr
Fennville, MI 49408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Malina, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

FEB 2 7 2008

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/27/08 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  Mitchell Rovner | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  Served by U.S. Mail on Jayal Amin, Esq., an attorney authorized by Frederick Regnery to accept service on his behalf.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/29/08___          _____
                 Date                      Signature of Server

Morgan, Lewis and Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.