IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH,<br><br>Defendants. | Civil Action No.: 1:08-cv-1120 |

## ACKNOWLEDGMENT OF SERVICE

I hereby affirm that I have accepted service of the summons and complaint in the above-captioned matter on behalf of defendant Frederick Regnery.

Dated: March 5, 2008

Respectfully submitted,

_/s/ Jayal Amin_
Jayal Amin, Esquire

**THE CHAWLA GROUP, LTD.**
15 Spinning Wheel Road, Suite 126
Hinsdale, IL 60521
Phone: (630) 325-5557
Fax: (630) 325-6666

Attorney for Defendant Frederick Regnery

1-CH/209340.1

TO:

Steven M. Malina, Esq.
Mitchell K. Rovner, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324-1000
Fax: (312) 324.1001

1-CH/209340.1