IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:08-cv-1120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | : |
| Defendants. | : |

## ACKNOWLEDGMENT OF SERVICE

I hereby affirm that I have accepted service of the summons and complaint in the above-captioned matter on behalf of defendants Thomas Wallerich, as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, Gretchen Wallerich, and Lynn Regnery.

Dated: March 5, 2008

Respectfully submitted,

Peter Flaxman, Esquire

FLAXMAN & BLAKELY
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Tel: (415) 381-6650
Fax: (415) 381-4301

Attorney for Defendants Thomas Wallerich, Gretchen Wallerich, and Lynn Regnery

1-CH/209336.1

TO:

Steven M. Malina, Esq.
Mitchell K. Rovner, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324-1000
Fax: (312) 324.1001

1-CH/209336.1