U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 1:08-cv-1120
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA
         v.
ALVIN KIEHL, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREDERICK REGNERY

| NAME (Type or print) |  |
|---|---|
| JAYAL AMIN |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ JAYAL AMIN | |
| FIRM | |
| THE CHAWLA GROUP, LTD. | |
| STREET ADDRESS | |
| 15 SPINNING WHEEL ROAD, SUITE 126 | |
| CITY/STATE/ZIP | |
| HINSDALE, IL 60521 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6206722 | 630-325-5557 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |