## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 9, 2008 at 9:45 a.m., the undersigned attorney shall appear before the Honorable Ruben Castillo, United States District Court Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, courtroom 2141, Chicago, Illinois, and then and there present the MOTION FOR EXTENSION OF TIME TO FILE ANSWER, a copy of which is attached hereto and herewith served upon you.

Dated: March 25, 2008         **FREDERICK REGNERY**

By: __/s/   Jayal Amin_____

Jayal Amin, Esq.
THE CHAWLA GROUP, LTD.  (6206722)
15 Spinning Wheel Road, Suite 126
Hinsdale, Illinois 60521
(630) 325-5557
(630) 325-6666 (fax)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I, Jayal Amin, do hereby certify that on March 25, 2008, I caused true and correct copies of the NOTICE OF MOTION and MOTION FOR EXTENSION OF TIME TO FILE ANSWER to be filed and served upon the party listed below US First Class Mail and via facsimile transmission.

**Steven Marc Malina**
Morgan, Lewis & Boccius LLP
77 West Wacker Drive
6th Floor
Chicago, IL 60601
312-324-1155

Dated: March 25, 2008         **FREDERICK REGNERY**

                                    By:   /s/   Jayal Amin

                                    Jayal Amin, Esq.
                                    THE CHAWLA GROUP, LTD.  (6206722)
                                    15 Spinning Wheel Road, Suite 126
                                    Hinsdale, Illinois 60521
                                    (630) 325-5557
                                    (630) 325-6666 (fax)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

**MOTION FOR TO EXTENSION OF TIME TO FILE ANSWER**

FREDERICK REGNERY ("Frederick"), a Defendant in the above-captioned proceeding, by and through his undersigned counsel, JAYAL AMIN and THE CHAWLA GROUP, LTD., hereby moves this Honorable Court (the "Motion"), pursuant to Rules 6 and 12 of the Federal Rules of Civil Procedure ("Federal Rules") for the following relief: (i) entry of an order extending the time required for filing an answer to the Interpleader Complaint filed by Plaintiff on February 22, 2008 (the "Complaint") for a period of forty (40) days pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules, or alternatively, for a period of thirty (30) days pursuant to Rule 6(b)(1)(A) of the Federal Rules; (ii) grant Frederick leave to file his answer to the Complaint within the time requested herein; and (iii) for such other relief as this Honorable Court deems just and equitable.

## **PROCEDURAL HISTORY**

1. On February 22, 2008, Plaintiff initiated the above-captioned proceeding by filing its Complaint against the Defendants.

2. On March 5, 2008, Frederick's counsel, JAYAL AMIN and THE CHAWLA GROUP, LTD. effectively waived service of the Complaint pursuant to Rule 4(d)(1) of the Federal Rules by execution of an Acknowledgment of Service, a copy of which is attached hereto as Exhibit "A" and made a part hereof.

3. On March 25, 2008, Frederick's counsel, JAYAL AMIN and THE CHAWLA GROUP, LTD. filed their appearance in the above-captioned proceeding.

## **RELEVANT LAW**

4. Rule 4(d)(1) of the Federal Rules governs waivers of service in federal cases, and provides in pertinent part as follows:

> Rule 4. Summons
> …
> (d) Waiving Service.
> (1) Requesting a Waiver.
> An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must:
> (A) be in writing and be addressed:
> (i) to the individual defendant; or
> (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;
> (B) name the court where the complaint was filed;
> (C) be accompanied by a copy of the complaint, 2 copies of a waiver form, and a prepaid means for returning the form;
> (D) inform the defendant, using text prescribed in Form 5, of the consequences of waiving and not waiving service;
> (E) state the date when the request is sent;
> (F) give the defendant a reasonable time of at least 30 days after the request was sent — or at least 60 days if sent to the defendant outside any judicial district of the United States — to return the waiver; and
> (G) be sent by first-class mail or other reliable means.
> …
> *Fed. R.Civ.P. 4(d)(1)*

5. Rule 6(b)(1)(A) of the Federal Rules allows for the extension time for acts that must be completed within a specified time; it provides, in pertinent part, as follows:

> <u>Rule 6. Computing and Extending Time; Time for Motion Papers</u>
> …
> (b) Extending Time.
> (1) In General.
> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.
> …
>     *Fed. R.Civ.P. 6(b)(1)(A)*

6. Rule 12(a)(1)(A)(ii) of the Federal Rules identifies when responsive pleadings must be filed; it provides, in pertinent part, as follows:

> <u>Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing.</u>
> (a) Time to Serve a Responsive Pleading.
> (1) In General.
> Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows:
> (A) A defendant must serve an answer:
> (i) within 20 days after being served with the summons and complaint; or
> (ii) if it has timely waived service under <u>Rule 4(d)</u>, within 60 days after the request for a waiver was sent, or within 90 days after it was sent to the defendant outside any judicial district of the United States.
> (B) A party must serve an answer to a counterclaim or crossclaim within 20 days after being served with the pleading that states the counterclaim or crossclaim.
> (C) A party must serve a reply to an answer within 20 days after being served with an order to reply, unless the order specifies a different time.
> …
>     *Fed. R.Civ.P. 12(a)(1)(A)(ii)*

7. Defendant respectfully requests this Honorable Court enter an order (i) extending the time required for filing an answer to Complaint for a period of forty (40) days pursuant to Rule 12(a)(1)(A)(ii) of the Federal Rules, or alternatively, for a period of thirty (30) days pursuant to Rule 6(b)(1)(A) of the Federal Rules; (ii) grant Frederick leave to file his answer to

the Complaint within the time requested herein; and (iii) for such other relief as this Honorable Court deems just and equitable.

## ARGUMENT

8. By execution of the Acknowledgment of Service by Frederick's counsel on March 5, 2008, Frederick has effectively waived service pursuant to the requirements of Rule 4(d)(1) of the Federal Rules. In doing so, Frederick is entitled to an additional sixty (60) days from the date of the waiver to file his answer to the Complaint pursuant to Rule 12(a)(1)(A)(ii). In the instant case, the date of the waiver is March 5, 2008. Frederick should, therefore, be granted until May 4, 2008 to file his answer, or forty (40) days from the date hereof.

9. *Assuming arguendo* this Honorably Court deems the Acknowledgment of Service dated March 5, 2008 is not a "waiver of service" as prescribed in Rule 4(d)(1) of the Federal Rules, then Frederick's answer to the Complaint would be due within twenty (20) of service of the summons pursuant to Rule 12(a)(1)(A)(i), which service was acknowledged as of March 5, 2008. Through this Motion, Frederick seeks an extension of thirty (30) days to file his due to the complex nature of the Complaint. Such additional time is essential to vet the various allegations of the Complaint so that Frederick may present a complete defense based upon all the available facts. Frederick's request is being made before the original time for answering the Complaint of twenty (20) days has expired. Moreover, by granting Frederick additional time as provided herein, Defendant will not be prejudiced, whereas, Frederick will suffer considerable harm if he is not granted more time to adequately respond to the allegations of the Complaint.

WHEREFORE, for the reasons stated herein, Frederick respectfully requests that this Honorable Court:

(a) enter an order extending the time for Frederick to answer the Complaint per a period of forty (40) days from the date hereof, or alternatively, for a period of thirty (30) days from the date hereof;

(b) grant Frederick leave to file his answer to the Complaint within the time requested herein;

(c) for such other relief as this Honorable Court deems just and equitable.

Dated: March 25, 2008         **FREDERICK REGNERY**

                                      By: /s/ Jayal Amin

                                      Jayal Amin, Esq.
THE CHAWLA GROUP, LTD. (6206722)
15 Spinning Wheel Road, Suite 126
Hinsdale, Illinois 60521
(630) 325-5557
(630) 325-6666 (fax)