## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 9, 2008 at 9:45 a.m., the undersigned attorney shall appear before the Honorable Ruben Castillo, United States District Court Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, courtroom 2141, Chicago, Illinois, and then and there present the MOTION FOR EXTENSION OF TIME TO FILE ANSWER, a copy of which is attached hereto and herewith served upon you.

Dated: March 25, 2008

**FREDERICK REGNERY**

By:__/s/   Jayal Amin_____

Jayal Amin, Esq.
THE CHAWLA GROUP, LTD.  (6206722)
15 Spinning Wheel Road, Suite 126
Hinsdale, Illinois 60521
(630) 325-5557
(630) 325-6666 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH | ) ) ) ) ) ) ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I, Jayal Amin, do hereby certify that on March 25, 2008, I caused true and correct copies of the NOTICE OF MOTION and MOTION FOR EXTENSION OF TIME TO FILE ANSWER to be filed and served upon the party listed below US First Class Mail and via facsimile transmission.

**Steven Marc Malina**
Morgan, Lewis & Boccius LLP
77 West Wacker Drive
6th Floor
Chicago, IL 60601
312-324-1155

Dated: March 25, 2008          **FREDERICK REGNERY**

                                           By:  /s/  Jayal Amin

                                           Jayal Amin, Esq.
                                           THE CHAWLA GROUP, LTD.  (6206722)
                                           15 Spinning Wheel Road, Suite 126
                                           Hinsdale, Illinois 60521
                                           (630) 325-5557
                                           (630) 325-6666 (fax)