**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

The Prudential Insurance Company of America

                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−01120
                                                  Honorable Ruben Castillo

Alvin Kiehl, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant Frederick Regnery's motion for extension of time to file answer [14] is granted. Motion hearing set for 4/9/2008 is vacated. Defendant Frederick Regnery to answer or otherwise plead to the complaint on or before 5/2/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.