IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil Action No.: 08 C 1120 |
| v. ) ) | |
| ) | Judge Castillo |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Thomas Wallerich, Lynn Regnery, and Gretchen Wallerich (collectively "Defendants"), by and through their attorneys, Sidley Austin LLP, move this Court for an extension of time, until May 14, 2008 to answer or otherwise plead. In support thereof, Defendants state:

1. Defendants' response to the Complaint is due May 5, 2008.

2. During the past few weeks, Plaintiff and Defendants have attempted to negotiate a resolution to this action. Discussions are ongoing, but thus far, have been unsuccessful. Accordingly, Defendants' response to the Complaint is not yet finalized.

3. By this motion, Defendants seek to extend by 10 days the time for them to answer or otherwise plead, until May 14, 2008.

4. Counsel for Plaintiff has been consulted regarding this motion and does not object to extending the time for Defendants to answer or otherwise plead to May 14, 2008.

WHEREFORE, Defendants Thomas Wallerich, Lynn Regnery, and Gretchen Wallerich respectfully request that this Court enter an order extending by 10 days the time for Defendants to answer or otherwise plead, to May 14, 2008.

Respectfully submitted,

By: s/Patricia M. Petrowski
One of Their Attorneys

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152

Dated: May 2, 2008

## **CERTIFICATE OF SERVICE**

Patricia M. Petrowski, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time to Answer or Otherwise Plead** to be served on counsel listed below by first-class U.S. Mail delivery on this 2nd day of May, 2008.

>Mitchell K. Rovner
>Morgan, Lewis & Bockius LLP
>77 West Wacker Drive, 5th Floor
>Chicago, Illinois 60606
>(312) 324-1000

Respectfully submitted,

By: s/Patricia M. Petrowski
One of Their Attorneys

CH1 4261310v.1