IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH,<br><br>        Defendants. | Civil Action No.: 08 C 1120<br><br>Judge Castillo<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To:    Mitchell K. Rovner
        Morgan, Lewis & Bockius LLP
        77 West Wacker Drive, 5th Floor
        Chicago, Illinois 60606

        PLEASE TAKE NOTICE that on May 7, 2008, at 9:45 a.m., we shall appear before Judge Castillo, in the courtroom usually occupied by him, in Courtroom 2141 of the Dirksen Federal Courthouse, Chicago, Illinois, and shall present the attached **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and hereby served upon you.

        Respectfully submitted,


        By: s/Patricia M. Petrowski
            One of Their Attorneys

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152


Dated: May 2, 2008

## CERTIFICATE OF SERVICE

Patricia M. Petrowski, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be served on counsel listed below by first-class U.S. Mail delivery on this 2nd day of May, 2008.

>Mitchell K. Rovner
>Morgan, Lewis & Bockius LLP
>77 West Wacker Drive, 5th Floor
>Chicago, Illinois  60606
>(312) 324-1000

>Respectfully submitted,


>By: s/Patricia M. Petrowski
>    One of Their Attorneys