## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

The Prudential Insurance Company of America

                                Plaintiff,

v.                                       Case No.: 1:08−cv−01120

                                     Honorable Ruben Castillo

Alvin Kiehl, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendants' agreed motion for extension of time to answer or otherwise plead [18] is granted. All defendants to answer or otherwise plead to the complaint on or before 5/14/2008. Motion hearing set for 5/7/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.