U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1120 |

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,          Plaintiff,
v.
ALVIN KIEHL, et al.,
          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Wallerich, Lynn Regnery, and Gretchen Wallerich (Defendants)

| NAME (Type or print) |
|---|
| Patricia M. Petrowski |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Patricia M. Petrowski |

| FIRM |
|---|
| Sidley Austin LLP |

| STREET ADDRESS |
|---|
| One South Dearborn Street, Suite 32-E-3 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6272864 | (312) 853-7152 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

Patricia M. Petrowski, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Attorney Appearance Form** to be served on counsel listed below by first-class U.S. Mail delivery on this 13th day of May, 2008.

    Mitchell K. Rovner
    Morgan, Lewis & Bockius LLP
    77 West Wacker Drive, 5th Floor
    Chicago, Illinois  60606
    (312) 324-1000

Respectfully submitted,

Thomas Wallerich, Lynn Regnery, and
Gretchen Wallerich (Defendants)


By: s/Patricia M. Petrowski
    One of Their Attorneys

CH1 4270115v.1