15064-1

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 01120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | District Judge Ruben Castillo |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

Defendant, FREDERICK W. REGNERY, by his attorney, Edward J. Sedlacek of HUCK BOUMA PC, moves this court for an extension of time to respond to the complaint as follows:

1.     This court has set a deadline for all defendants to respond to the complaint of May 14, 2008.

2.     Frederick W. Regnery is a defendant.

3.     Frederick W. Regnery recently retained the law firm of Huck Bouma PC to represent him in this matter during the week of May 5, 2008.

4.     To date, Frederick W. Regnery's new counsel has not had sufficient time to gather all the relevant documents in order to formulate a proper response to the complaint.  This is in part due to the fact that there are two matters pending in California that are potentially related to this

matter.

5.      Defendant Frederick W. Regnery requests that this court grant him an additional twenty-one days or until June 4, 2008 to answer or plead to the complaint.

6.      This motion is not made for any improper purpose or to cause undue delay but rather to provide defendant and his new counsel with the best opportunity to fully respond to the complaint.

WHEREFORE, defendant, FREDERICK W. REGNERY, requests that this court grant his motion for an extension for time and to enter an order allowing defendant up until June 4, 2008 in order to answer or plead to the complaint and for any and all other relief deemed appropriate under the circumstances.

Respectfully submitted,

HUCK BOUMA PC

/s/ Edward J. Sedlacek

Edward J. Sedlacek

Edward J. Sedlacek
**HUCK BOUMA PC**
1755 S. Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this thirteenth day of May, 2008:

1.      I filed this *Motion for Extension of Time* by filing it with the clerk of the court by electronic means.

2.      I served this *Motion for Extension of Time* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.      I made the electronic filing on May 13, 2008.


/s/  Edward J. Sedlacek

Edward J. Sedlacek


R:\15000s\15000-15099\15064-1\Motion for Extension of Time.wpd