15064-1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 01120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | District Judge Ruben Castillo |
| Defendants. | ) | |

## NOTICE OF MOTION

You are hereby notified that on May 28, 2008, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo in Court Room 2141 or any other judge as may be holding court in his absence, in the court room usually occupied by him or her in the U. S. District Court, 219 S. Dearborn, Chicago, Illinois, and then and there present defendant's *Motion for Extension of Time*.

Respectfully submitted,

/s/ Edward J. Sedlacek

Edward J. Sedlacek

## CERTIFICATE OF FILING AND SERVICE

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this thirteenth day of May, 2008:

1.    I filed this *Notice of Motion* by filing it with the clerk of the court by electronic means.

2.    I served this *Notice of Motion* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.    I made the electronic filing on May 13, 2008.


/s/  Edward J. Sedlacek

Edward J. Sedlacek


Edward J. Sedlacek
**HUCK BOUMA PC**
1755 S. Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756
R:\15000s\15000-15099\15064-1\Notice of Motion.wpd

2