IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH,<br><br>    Defendants. | Civil Action No.: 08 C 1120<br><br>Judge Castillo<br>Magistrate Judge Denlow |

## AGREED MOTION FOR EXTENSION
## OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Thomas Wallerich, Lynn Regnery, and Gretchen Wallerich (collectively "Defendants"), by and through their attorneys, Sidley Austin LLP, move this Court for an extension of time, until June 4, 2008 to answer or otherwise plead. In support thereof, Defendants state:

1.  Defendants' response to the Complaint was initially due May 5, 2008.

2.  This Court recently granted Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead. Accordingly, Defendants' response to the Complaint is now due May 14, 2008.

3.  During the past few weeks, Defendants' counsel, Sidley Austin LLP, has been negotiating a resolution to a potential conflict issue with Plaintiffs' counsel, Morgan, Lewis & Bockius LLP. Defendants' counsel anticipated that the issue would be resolved before Defendants were scheduled to file their response, however, the resolution is not yet finalized.

4.       By this motion, Defendants seek to extend by 21 days the time for them to answer or otherwise plead, until June 4, 2008. Defendants' counsel believe that resolution of the conflict will ultimately expedite resolution of the pending action.

5.       Counsel for Plaintiff has been consulted regarding this motion and does not object to extending the time for Defendants to answer or otherwise plead to June 4, 2008.

WHEREFORE, Defendants Thomas Wallerich, Lynn Regnery, and Gretchen Wallerich respectfully request that this Court enter an order extending by 21 days the time for Defendants to answer or otherwise plead, to June 4, 2008.

Respectfully submitted,

Thomas Wallerich, Lynn Regnery, and
Gretchen Wallerich (Defendants)


By: s/Patricia M. Petrowski
       One of Their Attorneys

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152

Dated: May 13, 2008

## CERTIFICATE OF SERVICE

Patricia M. Petrowski, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Agreed Motion for Extension of Time to Answer or Otherwise Plead** to be served on counsel listed below by first-class U.S. Mail delivery on this 13th day of May, 2008.

>Mitchell K. Rovner
>Morgan, Lewis & Bockius LLP
>77 West Wacker Drive, 5th Floor
>Chicago, Illinois 60606

>Respectfully submitted,
>
>Thomas Wallerich, Lynn Regnery, and
>Gretchen Wallerich (Defendants)
>
>By: s/Patricia M. Petrowski
>     One of Their Attorneys

CH1 4270144v.1