UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

The Prudential Insurance Company of America

                                      Plaintiff,

v.                                                                      Case No.: 1:08−cv−01120
                                                                      Honorable Ruben Castillo

Alvin Kiehl, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant Frederick W. Regnery's motion for extension of time to answer [23] and defendants Thomas Wallerich, Lynn Regnery and Gretchen Wallerich's motion for extension of time to answer [25] are granted. All defendants are given until 6/4/2008 to answer or otherwise plead to the complaint. Motion hearings set for 5/20/2008 and 5/28/2008 are vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.