UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

The Prudential Insurance Company of America
                                    Plaintiff,

v.                                                           Case No.: 1:08−cv−01120
                                                                Honorable Ruben Castillo

Alvin Kiehl, et al.
                                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: May 14, 2008

                                                                     /s/ Ruben Castillo

                                                               United States District Judge