15064-1

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 01120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | District Judge Ruben Castillo Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## ANSWER TO THE COMPLAINT

Defendant, FREDERICK W. REGNERY, by his attorneys, Edward J. Sedlacek and Lawrence A. Stein of HUCK BOUMA PC, answers the plaintiff's complaint by stating that the plaintiff's complaint seeking to deposit the funds has already been granted by this court's order of February 28, 2008, obviating the need for an answer to the complaint. The defendant requests that this court enter an order requiring all claimants to the deposited funds to file their claim within a reasonable time.

                                      Respectfully submitted,

                                      HUCK BOUMA PC

                                            /s/ Edward J. Sedlacek

                                      Edward J. Sedlacek

Edward J. Sedlacek
Lawrence A. Stein
**HUCK BOUMA PC**
1755 S. Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756

## CERTIFICATE OF FILING AND SERVICE

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this fourth day of June, 2008:

1.　I filed this *Response to Interpleader* by filing it with the clerk of the court by electronic means.

2.　I served this *Response to Interpleader* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.　I made the electronic filing on June 4, 2008.

/s/  Edward J. Sedlacek

Edward J. Sedlacek

R:\15000s\15000-15099\15064-1\Pleadings\Answer to Complaint.wpd