15064-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 01120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | District Judge Ruben Castillo Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Movants, Lawrence A. Stein and Edward J. Sedlacek of Huck Bouma PC, move to withdraw their appearances in this matter. In support of their motion, the movants state as follows:

1. Movants each have an appearance on file in this matter on behalf of defendant Frederick Regnery.

2. Movants have a valid, ethical, and proper basis for withdrawal.

3. The last known address of Frederick Regnery is 427 Monticello Avenue, Westmont, Illinois 60559.

6. Frederick Regnery has been adequately advised of the filing and presentation of this motion.

WHEREFORE, movants, Lawrence A. Stein and Edward J. Sedlacek, request an order granting them leave to withdraw his appearance as counsel for the defendant, and for all other relief deemed appropriate under the circumstances.

    Respectfully submitted,

    HUCK BOUMA PC

    /s/ Edward J. Sedlacek

    Edward J. Sedlacek

Edward J. Sedlacek
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone: (630) 221-1755
Facsimile: (630) 221-1756

## CERTIFICATE OF SERVICE/MAILING

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this sixteenth day of June, 2008.

1.　I filed this *Motion to Withdraw* by filing it with the clerk of the court by electronic means.

2.　I served this *Motion to Withdraw* by filing it with the clerk of the court by electronic means, filing constitutes service by virtue of local rule 5.9.

3.　I made the electronic filing and deposited the envelopes in the United States mail at Wheaton, Illinois on June 16, 2008.

4.　I mailed a certified and non certified copy to:

Frederick Regnery at 427 Monticello Avenue, Westmont, Illinois 60559.

/s/ Edward J. Sedlacek

Edward J. Sedlacek

R:\15000s\15000-15099\15064-1\Pleadings\Motion to Withdraw.wpd