15064-1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) ALVIN KIEHL, as Trustee of the Verla K. ) Regnery Irrevocable Trust, dated December 15, ) 1987, THOMAS WALLERICH as ) Successor Trustee of the Verla K. Regnery ) Irrevocable Trust dated December 15, 1987, ) FREDERICK REGNERY, LYNN REGNERY ) and GRETCHEN WALLERICH, ) ) Defendants. ) | No. 08 C 01120<br><br>District Judge Ruben Castillo<br>Magistrate Judge Morton Denlow |

## **NOTICE OF MOTION**

You are hereby notified that on June 24, 2008, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo in Court Room 2141 or any other judge as may be holding court in his absence, in the court room usually occupied by him or her in the U. S. District Court, 219 S. Dearborn, Chicago, Illinois, and then and there present defendant's *Motion to Withdraw*.

Respectfully submitted,

/s/ Edward J. Sedlacek

Edward J. Sedlacek

## CERTIFICATE OF FILING AND SERVICE

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this sixteenth day of June, 2008:

1. I filed this *Notice of Motion* by filing it with the clerk of the court by electronic means.

2. I served this *Notice of Motion* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on June 16, 2008.

4. I mailed a certified and non-certified copy to:

   Frederick Regnery at 427 Monticello Avenue, Westmont, Illinois 60559.


/s/  Edward J. Sedlacek

Edward J. Sedlacek


Edward J. Sedlacek
**HUCK BOUMA PC**
1755 S. Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756
R:\15000s\15000-15099\15064-1\Pleadings\Notice of Motion.wpd