15064-1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 C 01120 |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | District Judge Ruben Castillo Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## JURY DEMAND

Defendant, FREDERICK W. REGNERY, by his attorney, Edward J. Sedlacek of HUCK BOUMA PC, demands trial by a jury.

                                                                                        Respectfully submitted,

                                                                                        HUCK BOUMA PC

                                                                                        /s/ Edward J. Sedlacek

                                                                                        Edward J. Sedlacek

Edward J. Sedlacek
**HUCK BOUMA PC**
1755 S. Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756

## CERTIFICATE OF FILING AND SERVICE

I, EDWARD J. SEDLACEK, state as follows under penalty of perjury this seventeenth day of June, 2008:

1. I filed this *Jury Demand* by filing it with the clerk of the court by electronic means.

2. I served this *Jury Demand* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on June 17, 2008.


/s/  Edward J. Sedlacek

Edward J. Sedlacek


R:\15000s\15000-15099\15064-1\Pleadings\Jury Demand.wpd