# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1120 | **DATE** | 7/14/2008 |
| **CASE TITLE** | The Prudential Life Insurance Company of America vs. Alvin Kiehl, et al. | | |

**DOCKET ENTRY TEXT**

Lawrence A. Stein and Edward J. Sedlacek of Huck Bouma P.C.'s motion to withdraw as counsel on behalf of defendant Frederick Regnery [34] is granted.  Motion hearing set for 7/16/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|