**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES         NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES         NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES         NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES         NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL          APPOINTED COUNSEL | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No.:  08 C 1120 |
| v. | ) ) | |
| | ) | Judge Castillo |
| ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

### NOTICE OF FILING

To:  Mitchell K. Rovner
     Morgan, Lewis & Bockius LLP
     77 W. Wacker Drive, 5th Floor
     Chicago, IL  60601

     Frederick W. Regnery
     427 Monticello Avenue
     Westmont, IL  60559

PLEASE TAKE NOTICE that on this 12th day of August, 2008, we have caused the **Appearance for Defendants Thomas Wallerich, Lynn Regnery and Gretchen Wallerich** to be filed with the U.S. District Court for the Northern District of Illinois, Chicago, Illinois, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: s/Patricia M. Petrowski
One of Their Attorneys

-2-

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152

Dated: August 12, 2008

## CERTIFICATE OF SERVICE

Patricia M. Petrowski, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing and Attorney Appearance Form** to be served on those individuals listed below by first-class U.S. Mail delivery on this 12th day of August, 2008.

Mitchell K. Rovner
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor
Chicago, IL  60601

Frederick W. Regnery
427 Monticello Avenue
Westmont, IL  60559

Respectfully submitted,

By: s/Patricia M. Petrowski
    One of Their Attorneys

CH1 4372182v.1