# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Prudential Insurance Company of America v.<br>Alvin Kiehl, as Trustee of the Verla K. Regnery<br>Irrevocable Trust, et al. | Case Number: 08 C 1120 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREDERICK REGNERY

| |
|---|
| NAME (Type or print)<br>Richard A. Harbaugh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard A. Harbaugh |
| FIRM<br>Fuchs & Roselli, Ltd. |
| STREET ADDRESS<br>440 West Randolph Street, Suite 500 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1125877 | TELEPHONE NUMBER<br>(312) 651-2400 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|