IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH, ) ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No.: 08 C 1120<br><br>Judge Castillo<br>Magistrate Judge Denlow |

## DEFENDANTS THOMAS WALLERICH, LYNN REGNERY, AND GRETCHEN WALLERICH'S MOTION FOR SUMMARY JUDGMENT

Defendants Thomas Wallerich, not individually, but as Trustee of the Verna K. Regnery Irrevocable Trust, Lynn Regnery, and Gretchen Wallerich, by their undersigned attorneys, respectfully move this Court to grant their Motion for Summary Judgment. This motion should be granted for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

By: s/Patricia M. Petrowski
One of Their Attorneys

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152

Dated: September 12, 2008

## CERTIFICATE OF SERVICE

      Kathleen L. Holthaus, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Motion for Summary Judgment** to be served on those individuals listed below by first-class U.S. Mail delivery on this 12th day of September, 2008.

    Mitchell K. Rovner
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, 5th Floor
    Chicago, IL 60601

    Steven M. Ruffalo
    Fuchs & Roselli, Ltd.
    440 West Randolph Street, Suite 500
    Chicago, IL 60606

                                 Respectfully submitted,

                                 By: s/Kathleen L. Holthaus