IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALVIN KIEHL, as Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, THOMAS WALLERICH as Successor Trustee of the Verla K. Regnery Irrevocable Trust, dated December 15, 1987, FREDERICK REGNERY, LYNN REGNERY and GRETCHEN WALLERICH,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 08 C 1120<br>)<br>)  Judge Castillo<br>)  Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, September 17, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo in Room Number 2141 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Defendants Thomas Wallerich, Lynn Regnery and Gretchen Wallerich's Motion for Summary Judgment**.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: s/Patricia M. Petrowski
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

James W. Hitzeman
Patricia M. Petrowski
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7152

Dated: September 12, 2008

## CERTIFICATE OF SERVICE

Kathleen L. Holthaus, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** to be served on those individuals listed below by first-class U.S. Mail delivery on this 12th day of September, 2008.

>Mitchell K. Rovner
>Morgan, Lewis & Bockius LLP
>77 W. Wacker Drive, 5th Floor
>Chicago, IL  60601
>
>Steven M. Ruffalo
>Fuchs & Roselli, Ltd.
>440 West Randolph Street, Suite 500
>Chicago, IL  60606

Respectfully submitted,

By: s/Kathleen L. Holthaus